IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Irby, Oscar F

Printed: 1/8/08

Case Number: 07 B 17177
Judge: Goldgar, A. Benjamin
Filed: 9/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 3,054.00 | 0.00 |
| 2. | LaSalle National Bank | Secured | 0.00 | 0.00 |
| 3. | LaSalle National Bank | Secured | 18,630.14 | 0.00 |
| 4. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 98.09 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 35.98 | 0.00 |
| 7. | Merrick Bank | Unsecured |  | No Claim Filed |
| 8. | Fleet Bank | Unsecured |  | No Claim Filed |
| 9. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 10. | HSBC Bank USA | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,818.21 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Irby, Oscar F | Case Number:  07 B 17177 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  1/8/08 | Filed:  9/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

